THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENTS, *v.* CHARLES H. MALLORY AND OTHERS, APPELLANTS.

APPEAL from a judgment rendered at Special Term, restraining the defendants from maintaining a shed on Pier No. 20, East river; also from an order denying defendants' motion that this cause be referred back to the judge who tried it, with directions to make a specific finding, " that numerous steam transportation lines, running vessels between New York and other ports, both domestic and foreign, have for many years maintained upon piers occupied by them, some upon the East river and others on the North river, similar sheds, without disturbance from the public authorities." This case has been before at the General Term, and the decision is reported in 2 New York Supreme Court Reports, page 76. The court held that the case was substantially the same as when before it on the prior appeal, and that the fact that similar sheds had been erected upon the piers mentioned in the request, was immaterial. The question was, whether the defendants' shed was a nuisance.

*S. P. Nash,* for the appellants.

*William Allen Butler,* for the respondent.

Opinion by LAWRENCE, J.

DANIELS, J., concurred.

Order and judgment affirmed, with costs.